FILED
MAR 29 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ALICE BIGGS**,

       Plaintiff,

v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

       Defendant.

Civil Case No. 08-941-PK

O R D E R

Merrill Schneider
Schneider Law Offices
14415 SE Stark
P.O. Box 16310
Portland , Oregon  97292

    Attorney for Plaintiff

Dwight C. Holton
United States Attorney
District of Oregon

Page 1 - ORDER

Adrian L. Brown
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204

Kathryn Ann Miller
Richard Rodriguez
Social Security Administration
701 5th Avenue, Suite 2900, M/S 901
Seattle, Washington 98104

      Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on March 4, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation dated March 4, 2010 (#37) in its entirety.

IT IS HEREBY ORDERED that the Commissioner's decision is remanded for further proceedings.

DATED this ___ day of March, 2010.

                                          GARR M. KING
                                          United States District Judge