FILED
JUN 24 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ALICE BIGGS
    Plaintiff,

08-941-PK

CV# 08-947-PK

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

ORDER

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5288.87 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees are payable to Plaintiff's attorney. The check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. No costs or expenses are to be paid.

    DATED this ____ day of June, 2010.

Garr M. King
United States ~~Magistrate~~ District Judge